IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 00-454 |
| vs. | : | |
| | : | CIVIL ACTION |
| NEIL MOSES | : | NO. 04-5414 |

## **ORDER**

**AND NOW**, this 27th day of January, 2012, upon consideration of Petitioner Neil Moses' Pro Se Motion to Reduce Sentence (Doc. No. 149), the Response in opposition thereto, and Petitioner's Reply, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE